

RECEIVED
FEB 23 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **SAMMYE SIMMONS**<br>    **Plaintiff,** | **CIVIL ACTION** |
| | **CASE NO.: 1:09-cv-01554** |
| **VERSUS** | **JUDGE DRELL** |
| **QUALITEST PHARMACEUTICALS<br>USA, INC.**<br>    **Defendant.** | **MAGISTRATE JUDGE KIRK**<br><br>**JURY DEMAND** |

## O R D E R

After considering the Consent Motion to Stay Proceedings filed by defendants, Qualitest Pharmaceuticals, Inc. ("Qualitest") and Generics Bidco I, LLC, d/b/a Qualitest Pharmaceuticals, ("Generics Bidco"), the accompanying memorandum in support and exhibits attached thereto,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' Consent Motion to Stay Proceedings be and is hereby GRANTED;

**IT IS FURTHER ORDERED** that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending *certiorari* review by the United States Supreme Court in the matters of *Demahy v. Actavis, Inc.*, 593 F. 3d 428 (5th Cir. 2010) *certiorari granted* No. 09-1501, and *Mensing v. Wyeth, Inc.*, 588 F.3d 603 (8th Cir. 2009), *certiorari granted* Nos. 09-993 and 09-1039;

**IT IS FURTHER ORDERED** that any party may file a motion to reopen the case within 30 days of the Supreme Court's decision in *Demahy* and *Mensing*.

Alexandria, Louisiana, this 23rd day of February, 2011.

_____
J U D G E

CP/39880/85